ELWOOD BROWNWORTH et al., Respondents, *v.* ELADE REALTY CORP., Appellant, and ISRAEL M. FLAPAN, Defendant.

Argued March 1, 1951; decided May 17, 1951.

798

*Charles Gottlieb* and *Lawrence N. Friedland* for appellant.
*Louis X. Alter* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.